IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIC SCOTT MORRIS                                                                                    PLAINTIFF

V.                        CIVIL ACTION NO. 2:15-CV-2180-MEF

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                   DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying his claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench following the parties' oral argument, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Remand is necessary to allow the ALJ to reconsider the severity of Plaintiff's diagnosis of dissociative identity disorder and the limitations this diagnosis imposes on his ability to perform work-related activities. On remand, the ALJ is directed to order a consultative psychological evaluation complete with a mental RFC assessment. In so doing, the ALJ is further directed to forward the examiner copies of the Plaintiff's childhood records to ensure the examiner has a

complete understanding of the Plaintiff's history prior to rendering an opinion as to his RFC. Upon obtaining the aforementioned RFC assessment, the ALJ should reconsider Plaintiff's RFC and include said RFC in appropriately phrased hypothetical questions posed to a vocational expert to determine whether work exists in significant numbers in the national economy the Plaintiff can perform.

IT IS SO ORDERED AND ADJUDGED on this the 15th day of September, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE